JAY CLAYTON
United States Attorney for the
Southern District of New York
By: MARK OSMOND
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2713
E-mail: mark.osmond@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
| | | |
|---|---|---|
| IN RE: | : | APPLICATION FOR AN |
| | : | *EX PARTE* ORDER PURSUANT |
| LETTER OF REQUEST FOR | : | TO 28 U.S.C. § 1782(a) |
| INTERNATIONAL JUDICIAL | : | |
| ASSISTANCE FROM THE CANTONAL | : | M 93 |
| TRIBUNAL OF THE CANTON OF | : | |
| VAUD IN LAUSANNE, SWITZERLAND | : | No. 25-mc-418 |
| IN THE MATTER OF ASPASIA ZAIMIS | : | |
| v. ELISE GOULANDRIS FOUNDATION, | : | |
| ET AL. | : | |
-------------------------------------------------------x

       Upon the accompanying declaration of Mark Osmond, executed on September 23, 2025, the United States of America, by its attorney, Jay Clayton, United States Attorney for the Southern District of New York, petitions this Court for an order pursuant to 28 U.S.C. § 1782(a), appointing Mark Osmond, Assistant United States Attorney, as Commissioner for the purpose of obtaining information as requested by a letter of request for International Judicial Assistance from the Cantonal Tribunal of the Canton of Vaud in Lausanne, Switzerland, seeking information from Alexander Apsis, in New York, New York, in connection with a proceeding pending in that court captioned "Aspasia Zaimis v. Elise Goulandris Foundation, et al."

Dated: New York, New York
September 23, 2025

        Respectfully submitted,

        JAY CLAYTON
        United States Attorney for the
        Southern District of New York

By:   /s/ Mark Osmond
        MARK OSMOND
        Assistant United States Attorney
        86 Chambers Street, 3rd Floor
        New York, New York 10007
        Tel: (212) 637-2713
        Email: mark.osmond@usdoj.gov