USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/24/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
IN RE:                                              :     *EX PARTE* ORDER
                                                    :
LETTER OF REQUEST FOR                               :
INTERNATIONAL JUDICIAL                              :     M 93
ASSISTANCE FROM THE CANTONAL                        :
TRIBUNAL OF THE CANTON OF                           :     No. 25-mc-418
VAUD IN LAUSANNE, SWITZERLAND                       :
IN THE MATTER OF ASPASIA ZAIMIS                     :
v. ELISE GOULANDRIS FOUNDATION,                     :
ET AL.                                              :
------------------------------------------------------x

WHEREAS, the United States of America, by its attorney, Jay Clayton, United States Attorney for the Southern District of New York, on behalf of the Cantonal Tribunal of the Canton of Vaud in Lausanne, Switzerland, is seeking to obtain information from Alexander Apsis in New York, New York, for use in connection with a judicial proceeding pending in that court captioned "Aspasia Zaimis v. Elise Goulandris Foundation, et al.";

NOW THEREFORE, it is hereby ORDERED, pursuant to 28 U.S.C. § 1782(a) and Rule 28(a) of the Federal Rules of Civil Procedure, that Mark Osmond, Assistant United States Attorney, Southern District of New York, be and hereby is appointed as Commissioner, to take such lawful steps as are necessary to obtain information from Alexander Apsis and to submit said information to the United States Attorney for the Southern District of New York for transmission to the United States Department of Justice or its designee.

IT IS FURTHER ORDERED that the United States Attorney's Office shall serve Alexander Apsis with a copy of this Order and the accompanying documents.

Dated:  New York, New York
             September   24  , 2025

_____
UNITED STATES DISTRICT JUDGE